UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-62396-CIV-ZLOCH/ROSENBAUM

KARLENE MAXWELL-WILLIAMS,

        Plaintiff,

v.

FLORIDA DEPARTMENT OF REVENUE,

        Defendant.
_____/

**ORDER**

      This matter comes before the Court *sua sponte*. On August 31, 2011, the Court granted Plaintiff's Motion for Leave to File Amended Complaint. *See* D.E. 27. As the Docket Sheet notes, Local Rule 15.1, S.D. Fla., provides, "When a motion to amend is granted, the amended pleading shall be separately filed and served forthwith." Although Plaintiff separately filed her proposed Amended Complaint *prior to* the Court's Order granting her Motion for Leave to File Amended Complaint, she did not re-file it after the Court so ruled, and the Court can find nothing in the record to reflect that Plaintiff has served her Amended Complaint on Defendant since the Court authorized her filing of it. Therefore, Plaintiff shall forthwith re-file and serve her Amended Complaint on Defendant, and she shall file proof of service. This shall be accomplished within **ten days**. Defendant shall then have **fourteen days** to file its response. Failure to comply with the Court's

Order may result in dismissal.  *See* Fed. R. Civ. P. 41(b).

**DONE AND ORDERED** this 5th day of December 2011.

                                               ROBIN S. ROSENBAUM
                                               UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William J. Zloch
         Counsel of Record
         Karlene Maxwell-Williams